UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

In re:          Michael A. Zutter, Sr. and
Joanne C. Zutter,

Chapter 7
Bky Case No. 06-40803

Debtors.
_____

**NOTICE OF SALE, ABANDONMENT, LEASE OR SETTLEMENT**
_____

To:     The United States Trustee, all creditors, and other parties in interest.

On **March 25, 2008,** or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the debtors named above will **sell** property of the estate, as follows:

On Schedule B filed, the debtors listed a one half remainder interest in the life estate of Arloine Zutter, Michael A. Zutter, Sr.'s mother, with an unknown value. The debtors have expressed their intent to surrender the remainder interest to the bankruptcy estate. The Trustee received documentation indicating that Michael A. Zutter, Sr. has a 100% remainder interest in the life estate of Arloine Zutter, legally described as Remainder interest in Lots 27 and 28 Block 3, in Villa Park Addition to St. Cloud, according to the plat thereof on file and of record in the office of the Register of Deeds, in and for Stearns County, Minnesota. According to Stearns County Assessor's office, the home is valued at $113,200.00. The Trustee has calculated the remainder interest was calculated as follows: $113,200 value of the house x .64641 = $73,173.61.

Paul Gonyea has offered to pay $17,620.00 to the bankruptcy estate to purchase the remainder interest. The Trustee has not received any higher offers to purchase the remainder interest. Based on the foregoing, the Trustee believes that it is in the best interest of the estate to accept Paul Gonyea's offer to purchase the remainder interest in Lots 27 and 28 Block 3, in Villa Park Addition to St. Cloud, according to the plat thereof on file and of record in the office of the Register of Deeds, in and for Stearns County, Minnesota..

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the Trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the Trustee with notice by the Trustee to the objecting party and the United States Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| 301 U.S. Courthouse | 1015 U.S. Courthouse | (see address below) |
| 300 South Fourth Street | 300 South Fourth Street | |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated: February 27, 2008        */e/ Terri A. Running*
                                          Terri A. Running
                                          Trustee in Bankruptcy
                                          P.O. Box 16355
                                          St. Paul, MN 55116
                                          (651) 699-6980
                                          (651) 292-1234 *Facsimile*