*19/009*
*06/21/10*
*cwN*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

**DEBTOR:** ZUTTER, MICHAEL A., SR
ZUTTER, JOANNE C.

**CHAPTER 7 BANKRUPTCY CASE NO: 06-40803**

Please check one:

__X__ Unclaimed Dividends

_____ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Herr's<br>PO BOX 630<br>DANVILLE, IL   61834- | 24 | $2,763.26 | $284.86 |



Date:  June 16, 2010

/e/ Terri A. Running
Terri A. Running, Trustee

Letter – Bankruptcy Court –
Unclaimed Dividends/Distribution
Less than $5